United States District Court
Southern District of Texas
**ENTERED**
September 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARROD FLAMING, (TDCJ-CID #1679601) | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION H-17-1074 |
| ALVIN COMMUNITY COLLEGE, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on  SEP 2 4 2018 .

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE